1382

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER L. PONDER, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 3, 2006. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Carni and Green, JJ.